# UNITED STATES DISTRICT COURT

SOUTHERN　　　　DISTRICT OF　　　　CALIFORNIA

## APPEARANCE

Case Number: 08mj8511

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

YULIANA TORREROS-COTA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/10/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD　　244391 |
| | Print Name　　　　　　　　　　　　　　　　Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City　　　　　State　　　　　Zip Code |
| | (619) 234-8467　　　　(619) 687-2666 |
| | Phone Number　　　　　　　　　　Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YULIANA TORREROS-COTA, )<br>)<br>Defendant. )<br>_____) | Case No. 08mj8511<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  June 10, 2008         /s/  Erick  L.  Guzman
                              ERICK L. GUZMAN
                              Federal Defenders
                              225 Broadway, Suite 900
                              San Diego, CA 92101-5030
                              (619) 234-8467  (tel)
                              (619) 687-2666  (fax)
                              E-mail: erick_guzman@fd.org